UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
MARION MAUPIN,

                Plaintiff,

         - against -

SUFFOLK COUNTY CORRECTIONAL
FACILITY and CO POLIZZI, Badge # 2036,

                Defendants.
----------------------------------------------------------x

**ORDER**
25-CV-2091 (PKC)(JMW)

PAMELA K. CHEN, United States District Judge:

       Plaintiff Marion Maupin brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On April 29, 2025, the Court granted his request to proceed *in forma pauperis* and dismissed the action with leave to file an amended complaint within 30 days. (Dkt. 6.) Plaintiff was warned that failure to file an amended complaint within 30 days would result in dismissal of his case.

       More than 30 days have passed, and Plaintiff has not filed an amended complaint. Accordingly, Plaintiff's complaint is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk of Court is directed to enter judgment and close this case and to send a copy of this Order and the Judgment to Plaintiff. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

                                                                        SO ORDERED.

                                                                    */s/ Pamela K. Chen*
                                                                    Pamela K. Chen
                                                                    United States District Judge

Dated: June 18, 2025
       Brooklyn, New York